IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 30 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MIGUEL ANGEL GONZALEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:05-CV-0096 |
| | § | |
| DOUGLAS DRETKE, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus alleging his classification to administrative segregation is unlawful because respondent violated the rules, procedures and policies regarding segregation of inmates. On August 18, 2005, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied because petitioner's challenges to his classification to administrative segregation was not a proper ground for federal habeas corpus review. On September 6, 2005, petitioner filed objections to the Report and Recommendation wherein he argues his allegations are properly raised in a federal habeas petition because his case involved a prison segregation hearing which was required to be conducted according to the same procedures as those for major disciplinary hearings, and respondent failed to follow its own procedural rules, which is an independent violation of due process.

The undersigned United States District Judge has made an independent examination of

the record in this case. Petitioner's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this _30th_ day of _September_ 2005.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE